CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEXAS FARMERS INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> LEXINGTON INSURANCE COMPANY and DOES 1 through 10, <br><br> Defendants. <br>_____<br> LEXINGTON INSURANCE COMPANY, <br><br> Counter-claimant, <br><br> v. <br><br> TEXAS FARMERS INSURANCE COMPANY, <br><br> Counter-defendant. <br>_____ | Case No. CV 06-08220 DDP (AJWx) <br><br> JUDGMENT <br><br> Hearing Date:   April 21, 2008 <br> Time:           10:00 a.m. <br> Courtroom:      3 <br><br><br><br><br> Pre-Trial Conf:  June 9, 2008 <br> Trial:           June 17, 2008 |

This action came on for hearing before the Court, on April 21, 2008, the Honorable Dean D. Pregerson, judge presiding, on defendant/counter-claimant LEXINGTON INSURANCE COMPANY's motion for summary judgment.  The evidence presented having been fully considered, the issue having been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that plaintiff/counter-defendant TEXAS FARMERS INSURANCE COMPANY, take nothing, that its action be dismissed on the merits and that defendant/counter-claimant, LEXINGTON INSURANCE COMPANY, recover on its counter-claim in the amount of $1,115,000 plus ten percent (10%) interest.  Defendant/counter-claimant LEXINGTON INSURANCE COMPANY shall also be entitled to recover its costs.

Dated:  April 22, 2008         By:  _____
                                    Hon. Dean D. Pregerson
                                    Judge, United States
                                    District Court